JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING HELIBALL, LLC, a California limited liability company; and WORLD TECH TOYS, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIG TIME TOYS LLC, a Tennessee Company,<br><br>    Defendant. | Case No.: 8:25-cv-00546-JVS-DFM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [17]**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

1 | The Court has reviewed the Request for Dismissal with Prejudice filed by
2 | Plaintiffs Flying Heliball, LLC and World Tech Toys, Inc. pursuant to Federal
3 | Rules of Civil Procedure, Rule 41(a)(1)(A)(i) (ECF No. 17) as well as the Court's
4 | file.  Because Defendant Big Time Toys LLC has not made an appearance in the
5 | case as of the time of this request, and in light of the resolution between the parties
6 | indicated in the Request, the Court finds good cause to dismiss this case in its
7 | entirety with prejudice.

**SO ORDERED.**

Dated: May 09, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE